```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANNA E. MOLOSKY,

                              Plaintiff,                      25-CV-00952 (DEH)(SN)

           -against-                                        **ORDER**

AMAZON WEB SERVICES, INC., et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The parties appeared for a conference on July 8, 2025. The parties are directed to engage in limited discovery for the purposes of settlement discussions. Courtroom Deputy Diljah Shaw will contact the parties to schedule a settlement conference with the Court.

      The deadline for Plaintiff to oppose the motion to dismiss is extended from July 11, 2025, to July 14, 2025. Defendants shall file any reply brief by July 28, 2025.

      The April 21, 2025 motion to dismiss is denied as moot in light of Defendants' June 13, 2025 motion to dismiss. The Clerk of Court is respectfully requested to terminate the gavel at ECF No. 12.

**SO ORDERED.**

                                                                   _____
                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:     July 9, 2025
                 New York, New York