UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNA E. MOLOSKY,<br><br>Plaintiff,<br><br>- against -<br><br>AMAZON WEB SERVICES, INC., AMAZON.COM, INC., and AMAZON DEVELOPMENT CENTER U.S., INC.,<br><br>Defendants. | Case No.: 25-CV-0952 (DEH) (SN)<br><br>**NOTICE OF MOTION FOR BROWN KWON & LAM, LLP AND TA LEGAL GROUP PLLC TO WITHDRAW AS COUNSEL FOR PLAINTIFF ANNA E. MOLOSKY** |

PLEASE TAKE NOTICE that upon the accompanying Declaration of William Brown, Esq. dated November 4, 2025, the accompanying Declaration of Taimur Alamgir, Esq. dated November 4, 2025, and all prior pleadings and proceedings herein, Brown Kwon & Lam, LLP and TA Legal Group PLLC will move this Court, at the United States Courthouse, 40 Foley Square, New York, New York 10007, before the Honorable Dale E. Ho, for an Order pursuant to Local Civil Rule 1.4 of the United States District Courts for the Southern and Eastern Districts of New York:

1.   Granting leave for Brown Kwon & Lam, LLP and TA Legal Group PLLC to withdraw as counsel of record for Plaintiff Anna E. Molosky ("Plaintiff");

2.   Staying all proceedings for forty-five (45) days, or such other period as the Court deems appropriate, to allow Plaintiff sufficient time to retain new counsel; and

3.   Granting such other and further relief as the Court deems just and proper.

Dated:    New York, NY
          November 4, 2025

                        Respectfully Submitted,
                        **BROWN KWON & LAM, LLP**

By:  _____
               William M. Brown, Esq.
               521 5th Avenue, 17th Floor
               New York, NY 10175
               Tel. (212) 295-5825
               wbrown@bkllawyers.com

               And

               **TA LEGAL GROUP PLLC**

By:  ___/s/ Taimur Alamgir_____
               Taimur Alamgir, Esq.
               205 E Main Street, STE 3-2
               Huntington, NY 11743
               Tel. (914) 552-2669
               tim@talegalgroup.com