```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/24/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ANNA E. MOLOSKY,

                         Plaintiff,                    25-CV-00952 (DEH)(SN)

        -against-                                    **ORDER**

AMAZON WEB SERVICES, INC., et al.,

                       Defendants.
------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On Friday, November 7, 2025, the Court had an *ex parte* conference call with Plaintiff and her counsel to discuss Ms. Molosky's letter motion to reopen her case (ECF No. 48). During the conference call, Ms. Molosky indicated that she wanted more time to consider the settlement offer, and the Court gave her until Friday, November 21, 2025, to inform the Court of her decision. As of the date of this Order, Ms. Molosky has not informed the Court whether she plans on accepting the settlement offer.

       Accordingly, Plaintiff's motion to reopen the case is GRANTED. By no later than Monday, December 1, 2025, Plaintiff must either (1) have new counsel file an appearance on her behalf, or (2) file a notice of *pro se* appearance and consent to electronic service. Upon either of these events, the Court will grant the motion to relieve current counsel. Ms. Molosky may review the resources this District provides for *pro se* litigants at https://www.nysd.uscourts.gov/prose.

**SO ORDERED.**

                                                                         SARAH NETBURN
                                                                         United States Magistrate Judge

DATED:       November 24, 2025
                  New York, New York