UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Molosky, | |
| Plaintiff, | 25-CV-952 (DEH) |
| v. | |
| Amazon Web Services, Inc. et al., | ORDER |
| Defendants. | |

DALE E. HO, United States District Judge:

The Court is in receipt of the Plaintiffs' Letter Motion to Reopen the case, filed under seal at ECF No. 48. The Court **DIRECTS** Defendants by Friday, December 5, 2025 to submit a letter, not to exceed two (2) pages, addressing whether they oppose reopening the case, along with their reasoning. The 30-day deadline in this Court's November 3, 2025 Order is **ADJOURNED** pending a decision on the Motion to Reopen.

SO ORDERED.

Dated: December 1, 2025
      New York, New York

_____
DALE E. HO
United States District Judge