**GIBSON DUNN**

Ryan C. Stewart
Partner
T: +1 202.887.3523
rstewart@gibsondunn.com

December 4, 2025

**SUBMITTED VIA ECF AND EMAIL**

The Honorable Dale E. Ho
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Anna Molosky v. Amazon Web Services, Inc., et al.*, No. 1:25-cv-00952 (S.D.N.Y. 2025)

Dear Judge Ho:

Defendants Amazon Web Services, Inc., Amazon.com, Inc., and Amazon Development Center U.S., Inc. (collectively, "Amazon") respectfully submit this letter in response to the Court's December 2, 2025 Order directing Amazon to indicate whether it opposes reopening this case. *See* Dkt. No. 58. Amazon does not oppose reopening the matter and proceeding as set forth in Judge Netburn's December 1, 2025 Order. *See* Dkt. No. 57.

Dated: December 4, 2025

Respectfully submitted,

*/s/ Ryan C. Stewart*

Jason C. Schwartz (*pro hac vice*)
Ryan Stewart (*pro hac vice*)
Catherine McCaffrey
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W. Washington, D.C. 20036
Telephone: (202) 955-8242
Facsimile: (202) 530-9522
JSchwartz@gibsondunn.com
RStewart@gibsondunn.com
CMcCaffrey@gibsondunn.com

*Counsel for Amazon Web Services, Inc., Amazon.com, Inc., and Amazon Development Center U.S., Inc.*