UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Anna E. Molosky,

                    Plaintiff,

            v.

Amazon Web Services, Inc., et al.,

                    Defendants.

25-CV-952 (DEH) (SN)

ORDER

DALE E. HO, United States District Judge:

The Court is in receipt of Plaintiff's letter motion to reopen the case, ECF No. 48, and

Defendants' Letter notifying the Court that they do not oppose.  ECF No. 59.

Defendants' Motion to Dismiss, ECF No. 31 is **DENIED** without prejudice as to re-

filing.  The parties are **DIRECTED** to meet and confer and, within two weeks of the date of this

Order, to file a proposed case management plan, and a letter updating the Court whether

Defendants intend to re-file their Motion to Dismiss, and if so, proposing a briefing schedule.

The Clerk of Court is respectfully directed to close ECF No. 31 and to reopen this case.

SO ORDERED.

Dated: March 16, 2026
        New York, New York

_____
                    DALE E. HO
            United States District Judge