**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

ANNA E. MOLOSKY,

                              **Plaintiff,**                         **25-CV-00952 (JGK)(SN)**

              -against-                                              **ORDER**

AMAZON WEB SERVICES, INC., et al.,

                              **Defendants.**
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 6/18/2026 _

**SARAH NETBURN, United States Magistrate Judge:**

On Wednesday, June 17, 2026, Judge Koeltl dismissed with prejudice Plaintiff's Title VII claims, her state and city law claims for hostile work environment and retaliation, and her Equal Pay claims. See ECF No. 68. Plaintiff's gender-discrimination claims under the New York State Human Rights Law ("NYSHRL") and the New York City Human Rights Law ("NYCHRL") were permitted to proceed. Id.

Accordingly, the parties are directed to meet and confer on next steps in this litigation and are ORDERED to file a status letter regarding the meet and confer process and a proposed pretrial schedule by no later than Monday, July 6, 2026.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        June 18, 2026
              New York, New York