UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNA E. MOLOSKY,

Plaintiff,

- against -

AMAZON WEB SERVICES, INC., ET AL.,

Defendant.

25-cv-952 (JGK)

Order

John G. Koeltl, District Judge:

The parties are directed to submit a Rule 26(f) report by **August 4, 2026.**

SO ORDERED.

Dated: New York, New York
July 20, 2026

John G. Koeltl
United States District Judge