UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNA E. MOLOSKY,

Plaintiff,

- against -

AMAZON WEB SERVICES, INC., ET AL.,

Defendants.

25-cv-952 (JGK)

Order

**John G. Koeltl, District Judge:**

On July 21, 2026, the Court ordered the parties to submit a Rule 26(f) report by August 4, 2026. ECF No. 77. That Order was entered in error and is hereby **vacated**.

**SO ORDERED.**

**Dated:** New York, New York
July 29, 2026

John G. Koeltl
United States District Judge